IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MITCHELL ADAIR,<br><br>      Plaintiff,<br><br>   v.<br><br>ASSOCIATED COURIERS, LLC and MATTHEW SILVERBERG, Individually,<br><br>      Defendants. | Case No. 4:25-cv-01335-CMS |

## <u>NOTICE OF SETTLEMENT</u>

COMES NOW Defendants and hereby notifies the Court that this case is settled.  The parties expect to file a Stipulation for Dismissal within thirty (30) days.

DATED this 3rd day of August, 2026.

BROW N & JAMES, P.C.

*/s/ Steven H. Schwartz*
Steven H. Schwartz, #36436MO
sschwartz@bjpc.com
Rebecca S. Verble, #51226MO
rverble@bjpc.com
800 Market Street, 11th Floor
St. Louis, Missouri 63101
(314) 421-3400
Fax: (314) 421-3128

**Attorneys for Defendants**

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically with the Clerk of Court on the **3rd day of August, 2026** to be served by operation of the Court's electronic filing system upon all counsel of record.  Parties may access this filing through the Court's electronic filing system.

BROWN & JAMES, P.C.

*/s/ Steven H. Schwartz*
Steven H. Schwartz, #36436MO
sschwartz@bjpc.com
Rebecca S. Verble, #51226MO
rverble@bjpc.com
800 Market Street, 11th Floor
St. Louis, Missouri 63101
(314) 421-3400
Fax: (314) 421-3128

**Attorneys for Defendants**

*SHS:kjf:33568582.1*

2